

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 24, 2018

<u>By ECF</u>

The Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    ***Pinder v. United States***
              <u>Civil Action No.: 16-CV-2539</u>

Dear Magistrate Judge Levy:

      This is a joint letter on behalf of both parties to advise the Court that the parties have reached an agreement in principle to settle this action. The parties are in the process of preparing the settlement documents and anticipate completing them and filing an executed stipulation of dismissal within the next thirty (30) days.

      We thank the Court for its attention to, and assistance in, this matter.

                                Respectfully submitted,

                                RICHARD P. DONOGHUE
                              United States Attorney

                By:   <u>*s/ Artemis Lekakis*</u>
                              Artemis Lekakis
                              Assistant U.S. Attorney
                              (718) 254-6096

Cc: Rehan Nazrali, Esq. (by ECF)