UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ISMAY ABOLA FINDER and STEPHANIE
CRYSTAL PINDER,

                           Plaintiffs,

                  -against-

UNITED STATES OF AMERICA,

                           Defendants.
------------------------------------------------------------ X

JUDGMENT
16-CV-2539 (NGG)

        An Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on March 8, 2018, dismissing Plaintiffs' complaint and all claims therein with prejudice, pursuant to Rule 41 (a)(l)(A)(ii) of the Federal Rules of Civil Procedure; it is

        ORDERED and ADJUDGED that pursuant to Rule 41 (a)(l)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs' complaint and all claims therein are dismissed with prejudice; and that this dismissal is without costs or fees to either party, and that no further suit will be instituted against the defendants, or any of them, for the same causes of action which have been asserted herein, or for any other causes of action arising out of the incidents or circumstances that gave rise to this lawsuit.

Dated: Brooklyn, NY
March 8, 2018

                                       Douglas C. Palmer
                                       Clerk of Court

                             By:    */s/Jalitza Poveda*
                                        Deputy Clerk